**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ALTON ANTHONY FOSTER,**

***Plaintiff*,**

**v.** **Case No.: 3:26cv4889-MW/HTC**

**BLACKWATER CORRECTIONAL INSTITUTION, et al.,**

***Defendants*.**
______________________________/

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed Plaintiff's unauthorized second amended complaint, ECF No. 8. As noted in the report and recommendation, Plaintiff was permitted to file an amended complaint to correct several deficiencies identified in a prior Order. *See* ECF No. 5. Plaintiff's amended complaint, ECF No. 6, failed to correct many of these deficiencies and remains an impermissible shotgun pleading. Plaintiff did not file any objections to the report and recommendation. Instead, Plaintiff filed an unauthorized second amended complaint. ECF No. 8.

This Court has also reviewed Plaintiff's unauthorized second amended complaint, which is not on the court-approved form and is essentially a lengthy narrative of events that occurred on March 9, 2026. *See id*. This unauthorized second amended complaint again fails to address many of the deficiencies identified in the

report and recommendation. For example, it does not identify which Defendants are sued, nor does it set out Plaintiff's claims in numbered paragraphs that identify the particular factual allegations in support of each claim. In short, this unauthorized second amended complaint is still a shotgun pleading.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on September 29, 2026.**

**s/Mark E. Walker**
**United States District Judge**